UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ROGELIO MENDOZA-ALVAREZ (1),<br>MIGUEL MENDOZA-ALVAREZ (3),<br>JOSE LIZARRAGA-MURILLO (4),<br>AUDEL VALENCIA-VALENCIA (8)<br>   aka Jose Diaz,<br>AROLDO GALLEGOS-ARIAS (10),<br><br>                Defendants. | Case No. 95-CR-0464-GPC<br><br>JUDGMENT AND ORDER DISMISSING INDICTMENTS WITHOUT PREJUDICE AND RECALLING ARREST WARRANTS<br><br>[ECF No. 115] |

This matter comes before the Court on the United States' motion to dismiss the Indictments and request to recall the Arrest Warrants as to Defendants Rogelio Mendoza-Alvarez (1), Miguel Mendoza-Alvarez (3), Jose Lizarraga-Murillo (4), Audel Valencia-Valencia (8), and Aroldo Gallegos-Arias (10).

IT IS HEREBY ORDERED that the Indictments in the above-captioned case are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Arrest Warrants are recalled.

IT IS SO ORDERED.

Dated: August 7, 2025

Hon. Gonzalo P. Curiel
United States District Judge